

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2016

No. 04-15-00655-CR

Matthew Jamal **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0148
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court